**William W. WELCH, Plaintiff–Appellant,**

v.

**Cal TERHUNE, Director, CDC; Wm. Duncan, Warden, CMC–East, Defendants–Appellees.**

No. 00–55644.

D.C. No. CV–00–1680–TJH.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2001.[1]

Decided March 28, 2001.

Before WALLACE, SILVERMAN, and W. FLETCHER, Circuit Judges.

MEMORANDUM [2]

William W. Welch, a California state prisoner, appeals pro se the district court's order denying leave to file the action without prepayment of the full filing fee. We have jurisdiction pursuant to 28 U.S.C. § 1291, and review denial of leave to proceed in forma pauperis for abuse of discretion. *Minetti v. Port of Seattle,* 152 F.3d 1113, 1115 (9th Cir.1998) (per curiam). We affirm.

The district court properly determined that Welch, proceeding pro se, could not prosecute the instant action as a class action. *See C.E. Pope Equity Trust v. United States,* 818 F.2d 696, 697 (9th Cir.1987) (holding that a pro se litigant may not appear as an attorney for others). We express no opinion as to whether Welch's claims would be cognizable if brought as an individual action.

AFFIRMED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.